# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:12-cv-7-RJC

| | |
|---|---|
| **MARKESE D. RICE,** | ) |
| Petitioner, | ) |
| Vs. | ) **ORDER** |
| **STATE OF NORTH CAROLINA,** | ) |
| Respondent. | ) |

**THIS MATTER** is before the Court on its motion. Respondent's Motion for Summary Judgment is ripe for disposition, but the Court previously denied Petitioner's Application to Proceed in Forma Pauperis, in light of Petitioner's admission that he recently received $300 in gifts and has an undisclosed amount of money in a checking or savings account. See (Doc. No. 3 at 2). There is no indication from the case docket that Petitioner has paid the applicable filing fee of $5.00.

## ORDER

**IT IS, THEREFORE, ORDERED** that Plaintiff shall pay the applicable filing fee of $5.00 within fourteen (14) days of the filing of this Order. When the filing fee is paid to the Court, a copy of the Petition or cover letter indicating the case number assigned must accompany the fee. Failure to pay the fee will result in a dismissal of this case without further order of the Court.

Signed: August 21, 2012

*[signature]*

Robert J. Conrad, Jr.
Chief United States District Judge