# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Markese D. Rice ,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                        3:12-cv-00007-RJC

State of NC ,

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/19/2012 Order.

                                                 Signed: September 20, 2012

                                                 Frank G. Johns, Clerk
                                                 United States District Court